IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. CUTTIC, | : | CIVIL ACTION |
| | : | NO. 09-1461 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CROZER-CHESTER MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this **4th** day of **January, 2011**, it is hereby **ORDERED** that Defendant's motion for summary judgment is **DENIED**. (doc. no. 28.) It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**. (doc. no. 26.)

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**