```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHARLES E. CUTTIC, | : | CIVIL ACTION |
| | : | NO. 09-1461 |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| CROZER-CHESTER MEDICAL CENTER, | : | |
| | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this **12th** day of **August, 2011**, it is hereby **ORDERED** that Defendant's Motion for Reconsideration or, in the Alternative, for Certification for Interlocutory Appeal (doc. no. 37) is **DENIED**.

**AND IT IS SO ORDERED.**

                                          S/Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO, J.**