IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. CUTTIC, | : | CIVIL ACTION |
| | : | NO. 09-1461 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CROZER-CHESTER MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

**AND NOW**, this **20th** day of **June, 2012**, it is hereby **ORDERED** that Defendant's Motion for an In Camera Review of the Confidential Settlement Agreement is **DENIED.**[1]

It is further **ORDERED** the parties have until **July 2, 2012,** to elect to withdraw their settlement agreement or to request a hearing in open court on the fairness of the settlement.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The Court construes Defendant's June 4, 2012, letter as the parties' joint motion for an in camera review of their confidential settlement agreement.