Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Jonathan S. Krause
Associate
215.963.5510
JKrause@morganlewis.com

*[Handwritten: Order To be filed of record ① / [signature] / 6/20/12]*

*[Stamp: RECEIVED JUN 13 2012 CHAMBERS OF JUDGE ROBRENO]*

June 13, 2011

**VIA HAND DELIVERY**

The Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street, Room 11614
Philadelphia, PA 19106-1720

Re:  Cuttic v. Crozer-Chester Medical Center.; Civil Action No. 09-1461

Dear Judge Robreno:

My firm represents Defendant in the above-captioned matter. In our telephonic court conference yesterday, I referenced two civil actions where a judge sitting in the Eastern District of Pennsylvania approved *en camera* settlement agreements in which the plaintiff released Fair Labor Standards Act ("FLSA") claims, similar to as proposed by the parties here. For the Court's benefit, I have enclosed the applicable orders from Sabol, et al. v. Apollo Group, Inc. & University of Phoenix, Inc. (No. 09-3439) and Malloy v. Pentec Health Inc. (No. 09-5974). In these identified actions, the Court approved *en camera* settlement agreements with respect to FLSA claims that, like here, only applied to and affected the parties subject to the agreements.

Counsel for the parties are available to discuss further if the Court so requests. Thank you for your continuing attention in this matter.

Respectfully yours,

*[signature]*

Jonathan S. Krause

cc:  Michael S. Burkhardt, Esquire
     Christopher Havener, Esquire

*[Handwritten: ① Without including the referenced order.]*