Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Christopher D. Havener**
Associate
215.963.5512
chavener@MorganLewis.com

June 29, 2012

*[Handwritten: Order to be filed of record / Ed. C. Robreno J. / 7/3/12]*

**VIA HAND DELIVERY**

The Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street, Room 11614
Philadelphia, PA  19106-1720

Re:   Cuttic v. Crozer-Chester Medical Center; Civil Action No. 09-1461

Dear Judge Robreno:

Pursuant to the Court's Order of June 20, 2012 in the above-referenced matter, we write on behalf of Defendant Crozer-Chester Medical Center to request a fairness hearing on the parties' Confidential Settlement Agreement. We have been informed by counsel for Mr. Cuttic that he will write separately to the Court on Monday, July 2 regarding Plaintiff's position on this issue.

Respectfully,

Christopher D. Havener

CDH/nmf

cc:   Gary F. Lynch, Esquire