```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHARLES E. CUTTIC,              :   CIVIL ACTION
                                :   NO. 09-1461
     Plaintiff,                 :
                                :
     v.                         :
                                :
CROZER-CHESTER MEDICAL          :
CENTER,                         :
                                :
     Defendant.                 :
```

## O R D E R

**AND NOW**, this **3rd** day of **July, 2012**, it is hereby **ORDERED** that Defendant's Motion for a Fairness Hearing on the Parties' Confidential Settlement Agreement[1] is **DENIED.** As the Plaintiff has advised the Court that he is entitled to withdraw from the parties' proposed settlement agreement pursuant to the terms of the agreement,[2] the above-captioned case shall be reopened and returned to the active docket of the Court for good cause shown.[3]

---

[1] The Court construes Defendant's June 29, 2012, letter as a motion for a fairness hearing. The letter will be filed as of record.

[2] Plaintiff's July 2, 2012, letter indicating his decision to withdraw the parties' currently proposed settlement agreement will be filed as of record.

[3] On April 13, 2012, the case was dismissed as a result of an agreement of the parties with the Court retaining jurisdiction. See Local Rule of Civ. P. 41.1(b).

It is further **ORDERED** that parties shall submit pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[4] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial) by **Tuesday, July 17, 2012 at 5:00 p.m.**

A final pretrial conference will be held on **August 3, 2012, at 2:00 p.m.,** in Courtroom 15A, at 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

                                        **s/EDUARDO C. ROBRENO**
                                        **EDUARDO C. ROBRENO, J.**

---

[4] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.