IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. CUTTIC, | : | CIVIL ACTION |
| | : | NO. 09-1461 |
| Plaintiff, | : | |
| v. | : | |
| CROZER-CHESTER MEDICAL CENTER, | : | |
| Defendant. | : | |

FILED
AUG 24 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

AND NOW, this **23rd** day of **August, 2012**, it is hereby **ORDERED** that the final pretrial conference to be held on **August 28, 2012, at 3:00 p.m.** is **CANCELLED**.

It is further **ORDERED** that a hearing to consider the parties' Joint Motion for Approval of Settlement Agreement (ECF No. 71) will be held on **August 28, 2012, at 3:00 p.m.**[1]

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] Plaintiff must be present at the hearing.