```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES E. CUTTIC,              :   CIVIL ACTION
                                :   NO. 09-1461
                                :
     Plaintiff,                 :
                                :
     v.                         :
                                :
CROZER-CHESTER MEDICAL CENTER,  :
                                :
                                :
     Defendant.                 :
```

### O R D E R

**AND NOW**, this **28th** day of **August, 2012,** after a hearing with the parties, it is hereby **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement (ECF No. 71) is **GRANTED** and the Settlement Agreement and General Release entered into by the Parties is **APPROVED.**

It is further **ORDERED** that the case is dismissed and shall be marked as **CLOSED.**

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**